MJD:pab

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

MAGISTRATE JUDGE
BROWN

IN RE: GRAND JURY 99-01 FTL)
_____/

FILED by __ D.C.
OCT 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), and remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested. In support thereof, the following is shown:

1. The nine defendants have not been previously indicted. Disclosure of the existence of these charges would hinder the ability of the United States to locate and arrest the defendants.

**WHEREFORE**, the United States respectfully requests that this Court Order that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, Motion to Seal, and this Sealing Order (except for copies to be used by

Unsealed 11/6/00

law enforcement personnel during execution of their official duties in the investigation) be **SEALED** until such time as the first defendant has been arrested.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: 10/31/00

BY: /s/ Michael J. Dittoe
MICHAEL J. DITTOE
Assistant United States Attorney
COURT ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954)356-7392
Fax: (954)356-7230

AND: /s/ Jeffrey H. Sloman
JEFFREY H. SLOMAN
Assistant United States Attorney
Florida Bar 378879
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7255
Fax: (954) 356-7228

2