# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RICARDO MCHORNE

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-6311-CR-HUCK  MAGISTRATE JUDGE BROWN

YOU ARE HEREBY COMMANDED to arrest **RICARDO MCHORNE**
                                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics distribution conspiracy; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) 841, 846
in violation of Title 18 United States Code, Section(s) _____

CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer | Title of Issuing Officer

*Jenny Butler* (Signature of Issuing Officer) | 10/31/00   FORT LAUDERDALE, FLORIDA
                                                Date and Location

Bail fixed at $ PRETRIAL DETENTION | BARRY S. SELTZER
                                     by UNITED STATES MAGISTRATE JUDGE
                                     Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

