# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )     CASE NUMBER: CR  00-6311-Ce-Huck
         Plaintiff )
                      )
      -vs-            )     REPORT COMMENCING CRIMINAL
                      )              ACTION
Ricardo W° Horné      )
         Defendant    )                    27127·004

**************************************************

TO: CLERK'S OFFICE   MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.

FILED by ___ D.C.
MAG. SEC.
NOV 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**************************************************

COMPLETE ALL ITEMS.  INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: 11-5-00    0630    (am)/p.m.

(2)   LANGUAGE(S) SPOKEN:  English

(3)   OFFENSE(S) CHARGED: Narcotics distribution conspiracy,
possession w/intent to distribute

(4)   UNITED STATES CITIZEN:    (✓)YES    ( )NO    ( )UNKNOWN

(5)   DATE OF BIRTH:  8/27/60

(6)   TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
      [✗] INDICTMENT    [ ] COMPLAINT    CASE # 00-6311-Huck
      [ ] BENCH WARRANT FOR FAILURE TO APPEAR
      [ ] PAROLE VIOLATION WARRANT
      ORIGINATING DISTRICT:  SDF
      COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [✗]YES  [ ]NO

AMOUNT OF BOND:$ PTD         WHO SET BOND? Judge Seltzer

(7)   REMARKS: _____

(8)   DATE: 11-5-00    (9) ARRESTING OFFICER M. Curry

(10)  AGENCY U.S. Customs Service (11) PHONE # 954-356-7238x139

(12)  COMMENTS _____

21/v