# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RICARDO MCHORNE

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-6311-CR-HUCK
MAGISTRATE JUDGE BROWN

YOU ARE HEREBY COMMANDED to arrest RICARDO MCHORNE
                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics distribution conspiracy; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) 841, 846
in violation of Title 18 United States Code, Section(s) _____

FILED by _____ D.C.
NOV 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CLARENCE MADDOX
Name of Issuing Officer

*(signature)* Jenny Butler
Signature of Issuing Officer

Bail fixed at $ PRETRIAL DETENTION

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

10/31/00  FORT LAUDERDALE, FLORIDA
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at Miami, FL

DATE RECEIVED: 10-31-00

DATE OF ARREST: 11-5-00

NAME AND TITLE OF ARRESTING OFFICER: INFORMATION COPY ONLY MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL

SIGNATURE OF ARRESTING OFFICER: INFORMATION COPY ONLY MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL

AO 442 (Rev. 12/85) Warrant for Arrest

22/28