UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Ricardo McHorne

FILED by _____ D.C.
MAG. SEC.
NOV - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

COMES NOW _Frank A. Rubino_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as **preparing and filing documents necessary to collateralize any personal surety bond which may be set.**

Counsel's Name (Printed)  Frank A. Rubino

Counsel's Signature  _____

Address  2601 So Bayshore Dr.
Miami, FL.    ZIP CODE: 33133

Telephone (305) 858-5300

24/24