# United States District Court

SOUTHERN DISTRICT OF FLORIDA

520489

UNITED STATES OF AMERICA

V.

RICARDO MCHORNE

**WARRANT FOR ARREST**

CASE NUMBER **00-6311**

**CR - HUCK** MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

RECEIVED
UNITED STATES MARSHAL
2000 OCT 31 PM 4:05
SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE

YOU ARE HEREBY COMMANDED to arrest **RICARDO MCHORNE**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics distribution conspiracy; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) 841, 846
in violation of Title 18 United States Code, Section(s)_____

CLARENCE MADDOX
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

Bail fixed at $ **PRETRIAL DETENTION**

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

10/31/00    FORT LAUDERDALE, FLORIDA
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at ___Miami, FL___

| DATE RECEIVED 10/31/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of FLoirda | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 11/5/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest