UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA

vs.
RICARDO MCHORNE

_____/

**ORDER DENYING REQUEST FOR**

**PRE-TRIAL DETENTION**

THIS CAUSE came before the Court for a Pre-Trial Detention hearing. Upon consideration, it is

ORDERED AND ADJUDGED that the Government's request for Pre-Trial Detention is DENIED, bond is set at:
  ✓  Personal Surety, unsecured, in the amount of $250,000 CO-SIGNED BY WIFE
  ___ Personal Surety in the amount of $_____ with _____ posted with the Clerk of the Court.
  ___ Full Cash in the amount of $_____
  ✓  Corporate Surety in the amount of $100,000 w/ NEBBIA

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
(✓) Surrender all travel documents to Pretrial Services Office.
(✓) Travel restricted to Southern District of Florida.
(✓) Report to Pretrial Services  TWO  times/week in person, TWO times/week by phone.
( ) Curfew imposed 7 days a week, from ___ p.m. to ___ a.m.
( ) Defendant shall maintain present residence.
( ) Refrain from possessing a firearm, destructive device or other dangerous weapons.
(✓) Maintain/actively seek full-time gainful employment or educational program.
( ) Stay away from commercial transportation facilities or marinas.
( ) Electronic monitoring; expenses to be paid by the defendant.
(✓) Comply with the following additional special conditions of this bond: AVOID CONTACT W/ WITNESSES/VICTIMS.

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____.

DONE AND ORDERED at Miami, Florida, this 9TH day of NOVEMBER, 2000.

Tape No: 00C 83-868
c: U.S. Attorney
   Defense Counsel
   U.S. Pretrial Services
   U.S. Marshal Service

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

Michael Dittoe,
AUSA

FRANK RUBINO, Esq.

NONE OF SIGNATORIES MAY SELL, PLEDGE, MORTGAGE, HYPOTHECATE, ENCUMBER, ETC. ANY PROPERTY THEY OWN, REAL OR PERSONAL, UNTIL BOND(S) ARE DISCHARGED

49/75