UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

vs.

**ORDER ON HEARING TO
REPORT RE COUNSEL**

RICARDO MCHORNE

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel _____ appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

✓ The defendant requested further time to retain counsel and shall appear before the Court on 11/29/00 at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. + arraignment

**DONE AND ORDERED** at Miami, Florida this 15 day of NOVEMBER, 2000.

FILED by _____ D.C.
MAG. SEC.
NOV 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

TAPE NO. 00H 45-2330

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'

c. Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal
   AUSA

