UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA

vs.

RICARDO McHORNE

_____

### ORDER

THIS CAUSE came before the Court for a *Nebbia* hearing regarding the bond granted by the Court for the above defendant. After a review of the file in this matter, argument of counsel, and testimony taken, it is hereby

ORDERED and ADJUDGED that the Court deems the *Nebbia* to be satisfied.

DONE and ORDERED at Miami, Florida, this 16th day of November, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

cc: Michael Dittoe, AUSA
    Frank A. Rubino, Esq.
    Pre-trial Services