UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,
v.

APPEARANCE BOND: _____
CASE NO.: 00-6311-CR-HUCK

Defendant,
Ricardo McHorne

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America, the sum of $ 100,000 w/ corporate surety w/ Nebbia

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

280 NE 156 ST Miami FL 33162

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal laws

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, Marshal, Pretrial Services

**POWER OF ATTORNEY**
**INTERNATIONAL FIDELITY INSURANCE COMPANY** Power No. IM- 16863
Bond Department
One Newark Center, 20th Floor, Newark, New Jersey 07102

THIS POWER OF ATTORNEY NULL AND VOID
UNLESS USED BEFORE 12/31/00

It is unlawful to print this form without written consent of home office.

KNOW ALL MEN BY THESE PRESENTS, that INTERNATIONAL FIDELITY INSURANCE CORPORATION, a corporation duly organized and existing under the laws of the State of New Jersey, has constituted and appointed, and does hereby constitute and appoint, **JACQUES BENVENISTE**

its true and lawful attorney-in-fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person, and the said company hereby ratifies and confirms all and whatsoever its said attorney-in-fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF **ONE HUNDRED THOUSAND DOLLARS ($100,000.00)**

AND MAY BE EXECUTED FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.

**NOT VALID FOR IMMIGRATION BONDS**

IN WITNESS WHEREOF, said INTERNATIONAL FIDELITY INSURANCE COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by the Chairman of the Board and attested by its Secretary, this 2nd day of April, 1991.



Philip Konvitz, Chairman of the Board

Norman Konvitz, Secretary

"NOTICE"
STACKING OF POWER IS STRICTLY PROHIBITED!
No more than one power from this Surety may be used to execute any one bond.

1. A separate Power of Attorney must be attached to each bond executed.
2. Powers of Attorney must be returned to attorney-in-fact, but should remain a permanent part of court records.
3. The authority of such attorney-in-fact is limited to appearance bonds and cannot be construed to guarantee for failure to provide payments, back alimony payments, fines or wage law claims.

Bond Amt $ 100,000   Case # 0063111CR McHORNE
Defendant RICARDO McHORNE
Appearance Date _____ DIV _____
Court City _____
Court County U S DIST   State _____
Offense _____
Date Filed 11-15-00
Atty in fact O. Barnes
SIGNATURE / if applicable, add your COURT assigned Agent #

FORM # IM

ENTER SURETY-ASSIGNED EXECUTING AGENT CODE # HERE:

CASE NO: 00-6311-Huck

D
f bond, the defendant must comply with those special

ial Services Office of the Court.
*EEK BY PHONE, 2 TIMES WEEK IN*

he use of non-physician-prescribed substances
*Remain SDFL*

es charged.
other dangerous weapon.

spose of real property during pendency of this case.
bond: _____
*Southern Dist of Florida*

ICABLE TO DEFENDANT
nay result in the immediate issuance of a warrant for
ion, as provided in 18 U.S.C. 3148, forfeiture of any
U.S.C. 401 which could result in a possible term of

may result in an additional sentence upon conviction
ten years, if the offense is a felony; or a term of
demeanor. This sentence shall be consecutive to any
received for the offense itself.
le by up to five years of imprisonment and a $250,000
icer of the court; 18 U.S.C. 1510 makes it a criminal
$250,000 fine to obstruct a criminal investigation; 18
years of imprisonment and a $250,000 fine to tamper
it a criminal offense punishable by up to ten years of
, victim or informant, or threaten to do so.
aving been released, the defendant knowingly fails to
for the service of sentence pursuant to a court order.
while awaiting sentence, surrender for the service of a

r imprisonment for a term of fifteen years or more the
imprisoned for not more than ten years, or both;
f five years or more, but less than fifteen years, the
r imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence o imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by a applicable laws of the United States.

---

In addition t
conditions c
☒ a. Surr
☒ b. Rep
____ c. Subi
         prol
☒ d. Mai
____ e. Mai
☒ f. Avo
____ g. Refi
____ h. Cor
☒ i. No
____ j. Con

Vio
the defenda
bail posted
imprisonm
   The
for such of
imprisonm
other sente
   Titl
fine to intii
offense pui
U.S.C. 151
with a witr
imprisonm
   It i:
appear as r
If the defei
sentence, c
   (1)

   (2)

---

**POWER OF ATTORNEY**
**INTERNATIONAL FIDELITY INSURANCE COMPANY** Power No. IM- 16863
Bond Department
One Newark Center, 20th Floor, Newark, New Jersey 07102

THIS POWER OF ATTORNEY NULL AND VOID UNLESS USED BEFORE 12/31/00

KNOW ALL MEN BY THESE PRESENTS: that INTERNATIONAL FIDELITY INSURANCE CORPORATION, a corporation duly organized and existing under the laws of the State of New Jersey, has constituted and appointed, and does hereby constitute and appoint...

*Jacques Bienvenue*

...its true and lawful attorney-in-fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the said company as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said attorney-in-fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED. THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF ONE HUNDRED THOUSAND DOLLARS ($100,000.00) AND MAY BE EXECUTED FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.

**NOT VALID FOR IMMIGRATION BONDS**

"NOTICE"
STACKING OF POWER IS STRICTLY PROHIBITED!
No more than one power from this Surety may be used to execute any one bond.

Bond Amt $ 100,000   Case # 006311CR Huck
Defendant: Richard McHarne
Appearance Date _____ DIV _____
Court City _____
Court County US DIST _____ State _____
Offense _____
Date Filed 11-15-00
Atty in fact *O. Bennett*

FORM # IM
SIGNATURE If applicable, add your COURT assigned Agent #

It is unlawful to print this form without written consent of home office.

IN WITNESS WHEREOF, said INTERNATIONAL FIDELITY INSURANCE COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by the Chairman of the Board and attested by its Secretary, this 2nd day of April, 1991.

Philip Konvitz, Chairman of the Board
Norman Konvitz, Secretary

1. A separate Power of Attorney must be attached to each bond executed.
2. Powers of Attorney must not be returned to attorney-in-fact, but should remain a permanent part of court records.
3. The authority of such attorney-in-fact is limited to appearance bonds and cannot be construed to guarantee for failure to provide payments, back alimony payments, fines or wage law claims.

ENTER SURETY-ASSIGNED EXECUTING AGENT CODE # HERE: _____

DEFENDANT: Simon Hoxha    CASE NO. 00-6311-HCH

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this  9  day of  November , 2000 , at  Miami , Florida.
Signed and acknowledged before me     DEFENDANT: (Signature) _____
WITNESS: _____    ADDRESS: 2802 N.E. 15 St
ADDRESS: 2601 So _____ W    Miami FL    ZIP 33162
Miami FL    ZIP 33123    TELEPHONE: 305-519-9146

### CORPORATE SURETY

Signed this  15  day of  May , 2000 , at  Miami , Florida.
SURETY: INTERNATIONAL FIDELITY INS    AGENT: (Signature) _____
ADDRESS: 1626 Alton Rd    PRINT NAME: J. BENVENISTE
Miami Beach FL    ZIP 33139    TELEPHONE: 305-532-1124

### INDIVIDUAL SURETIES

Signed this ____ day of _____, 200____, at _____
SURETY: (Signature) _____    SURETY: (Signature) _____
PRINT NAME: _____    PRINT NAME: _____
RELATIONSHIP    RELATIONSHIP
  TO DEFENDANT: _____      TO DEFENDANT: _____
ADDRESS: _____    ADDRESS: _____
_____ ZIP _____    _____ ZIP _____
TELEPHONE: _____    TELEPHONE: _____

### APPROVAL BY COURT

Date: 11-16-00

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, Marshal, Pretrial Services