CRIMINAL MINUTES/CALENDAR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA    TIME: 2:00-2:10

THE HONORABLE BARRY L. GARBER PRESIDING

| | |
|---|---|
| CASE NO.  00-6311-CR-Huck | DATE:   November 15, 2000 |
| CLERK:   Karen Sussmann | REPORTER/TAPE NO. 00C- 86_ |
| PTS/USPO:  NONE | INTERPRETER:   None |

**UNITED STATES OF AMERICA vs. RICARDO McHORNE (J) 27127-004**

AUSA:        MICHAEL DITTOE

DEFENDANT(S) COUNSEL:      FRANK A. RUBINO, ESQ.

DEFENDANT(S)   PRESENT__X__ NOT PRESENT_____ IN CUSTODY_____

REASON FOR HEARING:     *Nebbia* Hearing

RESULTS OF HEARING:     *Nebbia* Hearing held; Sworn: Robert Lee Underwood;
Testimony taken; Court finds that *Nebbia* is satisfied