UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. *00-6311 CR Huck*

UNITED STATES OF AMERICA,                    :

v.                                           :          NOTICE OF PERMANENT
                                             :          APPEARANCE AS COUNSEL
                                             :          OF RECORD

*Ricardo McHorte*                            :

COMES NOW *Guy Spiegelman*, and files this appearance
for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings
arising out of the transaction with which the defendant(s) is presently charged in the United States
District Court in and for the Southern District of Florida

  Counsel hereby states that this appearance is unconditional and in conformity with the
requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the
Admission and Practice of Attorneys.

      Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file
a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless
relieved by Court Order

      FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS
FOR WITHDRAWAL FROM THIS REPRESENTATION.

DATED *11/27/00*

                              Attorney *Guy Spiegelman*
                              Address *28 West Flagler St Suite 4a*
                              City *Miami*   State *FL*  Zip *33130*
                              Telephone *305 373 6421*
                              Florida Bar No *169689*

   The undersigned defendant(s) hereby consent(s) to the representation of the above counsel