UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311-CR-PCH

UNITED STATES OF AMERICA,

vs.

Ricardo McHorne

Defendant.

**ARRAIGNMENT INFORMATION SHEET**

Jail No.: On Bond
Language: English

The above-named Defendant appeared before **Magistrate Judge** STEPHEN T. BROWN, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant: Address: On Bond

Tel. No:

Defense Counsel: Name: Guy Spiegelman
28 W Flagler St., Ste 400
Miami, FL 33130-1891

Tel. No: (305) 373-6634

Bond Set/Continued: $250K PSB + $100K CSB Neb.

Dated this 27th day of Nov, 2000.

CLARENCE MADDOX, COURT ADMINISTRATOR

BY Stephanie A. Lee
Deputy Clerk

c: Clerk for Judge
U.S. Attorney
Defense Counsel
Pretrial Services

TAPE NO. 00D-117-1220
DIGITAL START NO._____

