UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO MCHORNE,

    Defendants.
_____/



## MOTION FOR CONTINUANCE OF TRIAL

COMES NOW, the Defendant, RICARDO McHORNE, by and through his undersigned attorney, and moves this Court to the continuance of trial, and in support thereof states:

1. The Jury Trial of this cause is scheduled for the two week period commencing MONDAY, JANUARY 15, 2001 at 9:00 a.m., with the Calendar Call scheduled on WEDNESDAY, JANUARY 10, 2001 at 8:30 a.m.

2. This is a complex case with nine defendants, not all of which have permanent representation as of the time of filing this motion.

3. Undersigned counsel for Defendant, RICARDO McHORNE, contacted Michael J. Dittoe, United States Attorney, on Monday, December 11, 2000, regarding scheduling and discovery matters. Mr. Dittoe advised that he consents to the Motion for Continuance of Trial, and that the discovery would be forthcoming.