UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAWRENCE SEYMORE,
RICARDO MCHORNE,

    Defendants.
_____/

## AFFIDAVIT OF GOOD CAUSE

STATE OF FLORIDA    )
                           ) ss:
COUNTY OF MIAMI-DADE  )

BEFORE ME, the undersigned authority, this day personally appeared GUY SPIEGELMAN, who, having been duly sworn, deposes and says:

1. My name is GUY SPIEGELMAN, and I am counsel of record for the Defendant, RICARDO McHORNE, in the above cause, and all the matters hereinafter set forth are based upon my personal knowledge.

2. I have conferred with Michael J. Dittoe, United States Attorney, and lead counsel for the UNITED STATES OF AMERICA in the above matter due to the fact that all of the Defendants in this cause have retained counsel as of this date and for reasons of judicial economy that this matter cannot proceed to trial at the time frame ordered by this Court.

Exhibit "A"

CASE NO.: 00-6311-CR-HUCK

3. Undersigned counsel for Defendant, RICARDO McHORNE, will require additional time within which to prepare this case and to adequately represent my client pending receipt of discovery, and to coordinate same with all counsel.

FURTHER AFFIANT SAYETH NOT.

_____
GUY SPIEGELMAN         (Affiant)

STATE OF FLORIDA    )
                    ) ss:
COUNTY OF MIAMI-DADE )

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to administer oaths and take acknowledgments, personally appeared GUY SPIEGELMAN (  ) who is personally known to me, or (  ) who has produced _____ as identification and who (  ) did (  ) did not take an oath, and who executed the foregoing Affidavit of Good Cause.

WITNESS my hand and official seal in the County and State last aforesaid this _13_ day of __December__, A.D. 2000.

_____
Notary Public, State of Florida

My Commission expires:

_Martha Guia_
Printed name of Notary

OFFICIAL NOTARY SEAL
MARTHA GUIA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC842669
MY COMMISSION EXP. JUNE 25,2003

United States of America v. Richardo McHorne
Case No.: 00-6311-CR-HUCK

## MAILING LIST

Michael J. Dittoe
United States Attorney
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, FL 33394
(954) 356-7392, 7254 Broward

Donald I. Bierman, Esq.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
Phone: (305) 358-7000

Atty. for Defendant, Lark

Paul David Lazarus, Esq.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
Phone: (305) 539-0606

Atty. for Defendant, Crenshaw

Reemberto Diaz, Esq.
1435 South Miami Avenue
Miami, FL 33130
Phone: (305) 446-0001

Atty. for Defendant, Hall

Bruce Howard Lehr, Esq.
1401 Brickell Avenue, Suite **810**
Miami, FL 33131
Phone: (305) 377-1777

Atty. for Defendant, Seymore

James D. Henderson, Esq.
12121 Wilshire Boulevard, Suite 1120
Los Angeles, CA 90025
Phone: (310) 478-3131

Atty. for Defendant, Gallo

Martin Robert Raskin, Esq.
Grove Forest Plaza
2937 S.W. 27 Avenue, Suite 206
Miami, FL 33133
Phone: (305) 444-3400

Atty. for Defendant, Gallo