UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO MCHORNE,

    Defendants.
_____/



### WAIVER OF SPEEDY TRIAL

    COMES NOW the Defendant, RICARDO McHORNE, by and through his undersigned attorney, and files this his Waiver of Speedy Trial, and states:

    1.    The undersigned Defendant has been duly advised by my attorney as to my right to speedy trial pursuant to Title 18, Section 3161, et seq., United States Code.

    2.    My attorney has advised me that he is in the process of obtaining discovery, and preparing all proper pretrial motions to effectively assist me in the defense of my case.

    2.    My attorney has also advised me that he is seeking a continuation of the trial.

    3.    Based on the foregoing, my attorney will need additional time to adequately prepare for all pretrial motions, as sufficient and proper time to prepare all appropriate remedies on my behalf.

CASE NO.: 00-6311-CR-HUCK

    4.   I am waiving speedy trial so as to preserve all appropriate due process issues.

FURTHER AFFIANT SAYETH NOT.

*/s/ Ricardo McHorne*
RICARDO McHORNE
(Defendant)

STATE OF FLORIDA    )
                       ) ss:
COUNTY OF MIAMI-DADE  )

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to administer oaths and take acknowledgments, personally appeared RICARDO McHORNE ( X ) who is personally known to me, or (   ) who has produced _____ as identification and who (   ) did (   ) did not take an oath, and who executed the foregoing Waiver of Speedy Trial.

    WITNESS my hand and official seal in the County and State last aforesaid this __9__ day of __January__, A.D. 2001.

_____
Notary Public, State of Florida

My Commission expires:

```
OFFICIAL NOTARY SEAL
M   IA GUIA
NOTARY PUBLIC    TE OF FLORID..
COMMISSION N    C842669
MY COMMISSION EXP.    5 25,2003
```

Printed name of Notary

_____
GUY SPIEGELMAN, ESQUIRE
(Fla. Bar #169689)
Attorney for Def. McHorne
Suite 400
28 West Flagler Street
Miami, FL  33130
Phone:  (305) 373-6634

CASE NO.: 00-6311-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Waiver of Speedy Trial was mailed this 9th day of January, 2001, to all persons on the attached "Mailing List":

_____
GUY SPIEGELMAN, ESQUIRE
Attorney for Defendant
(Fla. Bar #169689)
Suite 400
28 West Flagler Street
Miami, FL   33130
Phone:  (305) 373-6634

United States of America v. Richardo McHorne
Case No.: 00-6311-CR-HUCK

MAILING LIST

Michael J. Dittoe
United States Attorney
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, FL 33394
(954) 356-7392, 7254 Broward

Donald I. Bierman, Esq.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
Phone: (305) 358-7000

Atty. for Defendant, Lark

Paul David Lazarus, Esq.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
Phone: (305) 539-0606

Atty. for Defendant, Crenshaw

Reemberto Diaz, Esq.
1435 South Miami Avenue
Miami, FL 33130
Phone: (305) 446-0001

Atty. for Defendant, Hall

Bruce Howard Lehr, Esq.
1401 Brickell Avenue, Suite **810**
Miami, FL 33131
Phone: (305) 377-1777

Atty. for Defendant, Seymore

James D. Henderson, Esq.
12121 Wilshire Boulevard, Suite 1120
Los Angeles, CA 90025
Phone: (310) 478-3131

Atty. for Defendant, Gallo

Martin Robert Raskin, Esq.
Grove Forest Plaza
2937 S.W. 27 Avenue, Suite 206
Miami, FL 33133
Phone: (305) 444-3400

Atty. for Defendant, Gallo