IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V | ) CASE NO. 00-6311-CR-HUCK |
| | ) |
| Ricardo McHORNE, et al., | ) |
| | ) |
| Defendant. | ) |

*****************************

### DEFENDANT RICARDO MCHORNE'S
### MOTION FOR DISCOVERY

COMES NOW the Defendant, Ricardo McHORNE, by and through undersigned counsel, and moves this Honorable Court for a formal Order for Discovery by the Defense undere and fully in accord with <u>Brady v. Maryland, 373 U.S. 83 (1963).</u>

In Brady, the Supreme Court set forth: "(t)he suppression by the prosecution of evidence favorable to an accused upon request violates due process whre the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosectuion." 373 U.S. at 87, 83 S. Ct., at 1196, 10 L.Ed.2d at 218.

This discovery is to include all information and testimony that can be

considered exculpatory tot he defense in this matter. Any statements, confessions, witnesses, or evidene useful for impeachment shall be included. Aditionally, any evidence controlled by the investigating agencies should be required to be disclosed to the defense. Any evidence material to either guilt or to punishment shall be required to be disclosed, in accordance with the Fourteenth Amendment, and "Brady", id.

We respectfully request this Honorable Court issue an Order for Discovery in compliance with the defense's request.

The undersigned counsel certifies that he has conferred with Assistant U.S. Attorney MICHAEL DITTO, opposing counsel, in a good faith effort to resolve by agreement the subject matter of this Motion.

Respectfully submitted,

_____
Guy Spiegelman, Esquire
Attorney for Defendant McHorne
28 West Flagler Street, Suite 400
Miami, Florida 33130
Telephone (305) 373-6634
Florida Bar Number 169689

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was mailed this February 12, 2001 to the following:

Michael Dittoe, AUSA
U. S. Attorney's Office
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, Florida 33394

Reemberto Diaz, Esq.
1435 S. Miami Avenue
Miami, Florida 33130

Paul D. Lazarus, Esq.
800 Brickell Avenue
Suite PH2
Miami, Florida 33131

Martin R. Raskin, Esq.
Grove Forest Plaza
2937 S.W. 27th Aven., Ste. 206
Miami, Florida 33133-3703

James D. Henderson, Esq.
12121 Wilshire Boulevard
Suite 1120
Los Angeles, California 90022

Steve Kassner, Esq.
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, Florida 33134

Donald I. Bierman, Esq.
800 Brickell Avenue
Penthouse 2
Miami, Florida 33131

Larry R. Handfield, Esq.
4770 Biscayne Boulevard
Suite 1200
Miami, Florida 33137

William Cone, Esquire
514 S. E. 7th Street
Ft. Lauderdale, Florida 33301

Bruce H. Lehr, Esquire
1401 Brickell Avenue
Suite 1040
Miami, Florida 33131

_____
Guy Spiegelman, Esquire
Attorney for Defendant, McHorne
Suite 400, 28 West Flagler Street
Miami, Florida 33130
Telephone (305) 373-6634
Florida Bar Number 169689