NIGHT BOX
FILED
MAR 0 5 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311-CR-HUCK/BROWN

UNITED STATES OF AMERICA

Plaintiff,

v.

RICARDO McHORNE, et al.

Defendant.
_____________________________/

**GOVERNMENT'S RESPONSE TO DEFENDANT McHORNE'S MOTIONS FOR DISCOVERY**

The United States of America, responds to defendant McHORNE's motions for discovery, as follows:

The defendant has requested disclosure of any "exculpatory" evidence. The United States is not aware of any such evidence in the instant case. However, the United States is aware of its continuing obligation pursuant to Brady v. Maryland, 373 U.S. 83 (1963), to disclose any such evidence and will do so should the occasion arise.

The defendant has also requested the reports of any examinations or tests. The only such reports are the results of the forensic analysis of seized narcotics. The results of those



tests were previously disclosed. The names of the forensic chemists who performed the tests are listed on the previously disclosed laboratory reports. The curriculum vitae of the chemists will be disclosed upon receipt by the undersigned counsel.

The defendant's prior criminal record was previously disclosed.

Copies of all documents that will be utilized by the United States during the trial of the instant case have been previously disclosed.

The only tangible objects associated with the case are the quantities of seized narcotics.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: ______________________

TERRENCE J. THOMPSON
Assistant United States Attorney
Court No. A5500063
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33301
(954) 356-7306
(954) 356-7228 (facsimile)

By: ______________________

MICHAEL J. DITTOE
Assistant United States Attorney
Court No. A5500209
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33301
(954) 356-7255
(954) 356-7230 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was served by mail this 5th day of March, 2001, upon:

Guy Spiegelman, Esq.
Suite 400, 28 West Flagler Street
Miami, Florid 33130

Paul D. Lazurus, Esq.
800 Brickell Avenue
Suite PH2
Miami, Florida 33131

James D. Henderson, Esq.
12121 Wilshire Boulevard
Suite 1120
Los Angeles, California 90022

Donald Bierman, Esq.
800 Brickell Avenue
Penthouse 2
Miami, Florida 3311

William Cone, Esq.
514 S.E. 7th Street
Fort Lauderdale, Florida 33301

Remberto Diaz, Esq.
1435 S. Miami Avenue
Miami, Florida 33130

Martin R. Raskin, Esq.
Grove Forest Plaza
2937 S.W. 27th Avenue
Suite 206
Miami, Florida 33133-3703

Steven Kassner, Esq.
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, Florida 33137

Bruce . Lehr, Esq.
1401 Brickell Avenue
Suite 1040
Miami, Florida 33131

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY