00-6311.oa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO McHORNE,

    Defendant.
_____/



### ORDER ON MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

This Cause is before the Court on Defendant Ricardo McHorne's Motion to Adopt Motions Filed by CoDefendants, filed February 12, 2001. This Court having reviewed the motion and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. To the extent that Defendant seeks to adopt a certain Motion or Motions filed by Co-Defendants, he shall, within five (5) days of the date of this Order, file a Notice of Adoption as to that motion or motions.

2. The Motion is **GRANTED** to the extent that Defendant will be deemed to have adopted all timely filed motions as to which he has filed a timely Notice of Adoption.

    **DONE AND ORDERED** this 6th day of March, 2001, at Miami, Florida.

                                               STEPHEN T. BROWN
                                               U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        counsel on attachment



Michael Dittoe, Esq. (AUSA)
Paul D. Lazurus, Esq.
James D. Henderson, Esq.
Donald I. Bierman, Esq.
William Cone, Esq.
Reemberto Diaz, Esq.
Martin R. Raskin, Esq.
Steve Kassner, Esq.
Larry R. Handfield, Esq.
Bruce H. Lehr, Esq.
Guy Spiegelman, Esq.