UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO McHORNE,

    Defendants.
_____/

**NOTICE OF ADOPTION**

    COMES NOW the Defendant, RICARDO McHORNE, by and through his undersigned attorney, and files this his Notice of Adoption, pursuant to the Order of the United States Magistrate of March 6, 2001, and would ask this Court to adopt for consideration the following motions filed by co-defendants:

    1.   Motion in Limine to Exclude Inadmissible 404(b) Evidence filed by Defendant, Charlie Hall

    2.   Motion to Suppress and Memorandum of Law filed by Defendant, Charlie Hall

    3.   Motion for a Bill of Particulars and Incorporated Memorandum of Law  Defendant, Curtis Newton

    4.   Motion to Dismiss Counts Two (2) and Three (3) with Incorporated Memorandum of Law Defendant, Curtis Newton

    5.   Motion of Defendant John Gallo for Discovery

    6.   Motion for Bill of Particulars filed by Defendant, John Gallo

    7.   Motion for Severance and Memorandum of Points and Authorities filed by Defendant, John Gallo



CASE NO.: 00-6311-CR-HUCK

    8. Defendants' Motion to Dismiss Indictment Do to Improper Joinder and Duplicity Under Crim.R. 8 filed by Defendant, Keith Lampkin

    9. Motion to Compel Government to Produce Statements Given By Cooperating Witnesses in Pre-Sentence Investigation Report filed by Defendant, Keith Lampkin

    10. Motion to Strike Surplusage and Memorandum of Law and Fact in Support Thereof filed by Defendant, Clarence Lark

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Adoption was mailed this 12th day of March, 2001, to all persons on the attached "Mailing List":

---

GUY SPIEGELMAN, ESQUIRE
Attorney for Defendant
(Fla. Bar #169689)
Suite 400
28 West Flagler Street
Miami, FL   33130
Phone:  (305) 373-6634

United States of America v. Richardo McHorne
Case No.: 00-6311-CR-HUCK

MAILING LIST

Michael J. Dittoe
United States Attorney
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, FL 33394
(954) 356-7392, 7254 Broward

Donald I. Bierman, Esq.
Bierman, Shohat, Loewy & Klein, P.A.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
Phone: (305) 358-7000

**Atty. for Defendant, Clarence Lark**

Paul D. Lazarus, Esq.
Paul D. Lazarus, P.A.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
Phone: (305) 539-0606

**Atty. for Defendant, Larry Crenshaw**

Larry R. Handfield, Esq.
4770 Biscayne Boulevard
Suite 1200
Miami, FL 33137
Phone: (305) 576-1011

**Atty. for Defendant, Hall**

Reemberto Diaz, Esq.
1435 South Miami Avenue
Miami, FL 33130
Phone: (305) 446-0001

**Atty. for Defendant, Hall**

Bruce Howard Lehr, Esq.
Lehr & Gasalla, P.A.
1401 Brickell Avenue, Suite **810**
Miami, FL 33131
Phone: (305) 377-1777

**Atty. for Defendant, Seymore**

James D. Henderson, Esq.
12121 Wilshire Boulevard, Suite 1120
Los Angeles, CA 90025
Phone: (310) 478-3131

**Atty. for Defendant, Gallo**

Martin Robert Raskin, Esq.
Raskin & Raskin, P.A.
Grove Forest Plaza
2937 S.W. 27 Avenue, Suite 206
Miami, FL 33133
Phone: (305) 444-3400

**Atty. for Defendant, Gallo**

William J. Cone, Jr., Esquire
514 S.E. 7th Street
Ft. Lauderdale, Florida 33301
(954) 764-0570

**Atty for Defendant, Curtis Newton**

Steven H. Kassner, Esq.
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, Florida 33134
Phone: (305) 461-2744

**Atty. for Defendant, Keith Lampkin**