UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6311-CR-HUCK |
| | ) | |
| VS. | ) | |
| | ) | |
| **RICARDO MCHORNE, AND** | ) | THIS VOLUME: |
| **LAWRENCE SEYMORE,** | ) | PAGES 1 - 37 |
| | ) | |
| DEFENDANTS. | ) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD BEFORE THE HONORABLE BARRY L. GARBER, IN MIAMI, MIAMI-DADE COUNTY, FLORIDA, ON NOVEMBER 9, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    MICHAEL DITTO, A.U.S.A.

FOR DEFENDANT MCHORNE:  FRANK ANTHONY RUBINO, ESQ.

FOR DEFENDANT SEYMORE:  BRUCE LEHR, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

