UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6311-CR-HUCK |
| ) | |
| VS. ) | |
| ) | |
| **RICARDO MCHORNE, AND** ) | THIS VOLUME: |
| **LAWRENCE SEYMORE,** ) | PAGES 1 - 37 |
| ) | |
| DEFENDANTS. ) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD BEFORE THE HONORABLE BARRY L. GARBER, IN MIAMI, MIAMI-DADE COUNTY, FLORIDA, ON NOVEMBER 9, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    MICHAEL DITTO, A.U.S.A.

FOR DEFENDANT MCHORNE: FRANK ANTHONY RUBINO, ESQ.

FOR DEFENDANT SEYMORE: BRUCE LEHR, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488