UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6311-CR-HUCK |
| | ) | |
| VS. | ) | |
| | ) | |
| RICARDO MCHORNE, | ) | THIS VOLUME: |
| | ) | PAGES 1 - 19 |
| DEFENDANT. | ) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF NEBBIA HEARING HAD BEFORE THE

HONORABLE BARRY L. GARBER, IN MIAMI, MIAMI-DADE COUNTY,

FLORIDA, ON NOVEMBER 15, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   MICHAEL DITTO, A.U.S.A.

FOR THE DEFENDANT:    FRANK A. RUBINO, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

