00-6311.ol

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6311 CR HUCK



UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICARDO McHORNE,

Defendant.

_________________________________/

**ORDER ON NOTICE OF ADOPTION**

This Cause is before the Court on Defendant Ricardo McHorne's Notice of Adoption, filed March 12, 2001. This Court having reviewed the Notice and the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's request to adopt the following Motions is hereby **GRANTED**:

   Defendant Curtis Newton's Motion for a Bill of Particulars, filed February 12, 2001;

   Defendant Curtis Newton's Motion to Dismiss Counts Two (2) and Three (3), filed February 12, 2001;

   Defendant John Gallo's Motion for Discovery, filed February 9, 2001;

   Defendant John Gallo's Motion for a Bill of Particulars, filed February 9, 2001;

   Defendant John Gallo's Motion for Severance, filed February 9, 2001; and

   Defendant Clarence Lark's Motion to Strike Surplusage, filed February 12, 2001.





2. Defendant's Request to adopt the remaining motions listed in the Notice of Adoption is hereby **DENIED** in that those Motions have been stricken as untimely.

**DONE AND ORDERED** this 21st day of March, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
Michael Dittoe, Esq. (AUSA)
Paul D. Lazurus, Esq.
James D. Henderson, Esq.
Donald I. Bierman, Esq.
William Cone, Esq.
Reemberto Diaz, Esq.
Martin R. Raskin, Esq.
Steve Kassner, Esq.
Larry R. Handfield, Esq.
Bruce H. Lehr, Esq.
Guy Spiegelman, Esq.