```
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,               CASE NO. 00-6311-CR-HUCK

            Plaintiff,

vs.                                     NOTICE OF HEARING

CLARENCE LARK,
LARRY CRENSHAW,
CURTIS NEWTON,
JOHN GALLO,
CHARLIE HALL,
LAWRENCE SEYMORE,
RICARDO MCHORNE,
KEITH LAMPKIN,
            Defendant.
_____/
```



FILED by  
APR - 9  
CLARENCE MADDOX  
CLERK U.S. DIST.  
S. D. OF FLA.

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a special status conference hearing on **THURSDAY, APRIL 12, 2001, at 9:00 a.m., before the Honorable PAUL C. HUCK,** United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: April 09, 2001

CLARENCE MADDOX, CLERK

By: _____  
Valerie Thompkins,  
Deputy Clerk

cc: all counsel of record by (fax)  
    **NO DEFENDANTS NEED TO BE PRESENT.**

SCANNED