00-6311.oo

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICARDO McHORNE, et al.,

Defendant.

_____/



## ORDER GRANTING MOTION FOR REMOVAL
## OF PREJUDICIAL STATEMENT IN INDICTMENT

This Cause is before the Court on Defendant Ricardo McHorne's Motion for Removal of

Prejudicial Statement in Indictment, filed February 12, 2001. The Court having reviewed the Motion

and the Response, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the

Motion is **GRANTED**, and the allegation that Defendant McHorne has a prior felony drug conviction

is hereby **STRICKEN** from the indictment (Count 3, page 15, ¶ 6; Count 36, page 28; Money

Laundering Forfeiture Section, page 36, ¶ 1).

**DONE AND ORDERED** this 9ᵗʰ day of April, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
       Michael Dittoe, Esq. (AUSA)
       Paul D. Lazurus, Esq.
       James D. Henderson, Esq.
       Donald I. Bierman, Esq.
       William Cone, Esq.
       Reemberto Diaz, Esq.
       Martin R. Raskin, Esq.
       Steve Kassner, Esq.
       Larry R. Handfield, Esq.
       Bruce H. Lehr, Esq.
       Guy Spiegelman, Esq.