00-6311.or

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO McHORNE, et al.,

    Defendant.

_____/



## ORDER DENYING MOTIONS FOR DISCOVERY AS MOOT

This Cause is before the Court on Defendant Ricardo McHorne's Motion for Discovery, and Motion for Discovery Under Fed.R.Crim.P. Rule 16, both filed February 12, 2001. The Court having reviewed the Motions and the Response, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motions are hereby **DENIED** as moot, based on the Government's Response.

**DONE AND ORDERED** this 10th day of April, 2001 at Miami, Florida.

                              STEPHEN T. BROWN
                              U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
       Michael Dittoe, Esq. (AUSA)
       Paul D. Lazurus, Esq.
       James D. Henderson, Esq.
       Donald I. Bierman, Esq.
       William Cone, Esq.
       Reemberto Diaz, Esq.
       Martin R. Raskin, Esq.
       Steve Kassner, Esq.
       Larry R. Handfield, Esq.
       Bruce H. Lehr, Esq.
       Guy Spiegelman, Esq.