00-6311.oq

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO McHORNE, et al.,

    Defendant.
_____/

### ORDER DEFERRING RULING ON MOTION IN LIMINE TO EXCLUDE FED.R.CRIM.P. 404(b) MATERIAL AS TO PRIOR CONVICTION

This Cause is before the Court on Defendant Ricardo McHorne's Motion in Limine to Exclude 404(b) Material as to Prior Convictions, filed February 12, 2001. The Court having reviewed the Motion and the Response, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that based on the representation of the Government that it will not refer to the Rule 404(b) Material as to Defendant McHorne in its opening statement, and will inform the Court, outside the presence of the jury, before it intends to introduce such evidence at trial, the Motion is hereby **DEFERRED** to the District Judge.

**DONE AND ORDERED** this 10 day of April, 2001 at Miami, Florida.

                                              STEPHEN T. BROWN
                                              U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        counsel on attached list

Michael Dittoe, Esq. (AUSA)
Paul D. Lazurus, Esq.
James D. Henderson, Esq.
Donald I. Bierman, Esq.
William Cone, Esq.
Reemberto Diaz, Esq.
Martin R. Raskin, Esq.
Steve Kassner, Esq.
Larry R. Handfield, Esq.
Bruce H. Lehr, Esq.
Guy Spiegelman, Esq.