UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

NIGHT BOX
FILED

MAY - 1 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO.: 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO MCHORNE,

    Defendants.
_____/

## WITNESS LIST OF DEFENDANT, RICARDO MCHORNE

COMES NOW the Defendant, RICARDO McHORNE, by and through his undersigned attorney, and files this his Witness List as follows:

1. Janie Houston
   761 N.W. 203 Street
   Miami, FL 33169

2. Thomas Moore
   3431 N.W. 169 Terrace
   Miami, FL

3. Reginald E. Gore
   12965 N.W. Miami Court
   N. Miami, FL 33168

4. Jerry Lane
   1551 N.W. 132 Street
   Miami, FL

5. Henry Ragin
   728 N.W. 172 Street
   Miami, FL 33169

6. Shirley McHorne
   280 N.E. 156 Street
   Miami, FL 33162



CASE NO.: 00-6311-CR-HUCK

I HEREBY CERTIFY that a true and correct copy of the foregoing Witness List was sent via FedEx to Michael J. Dittoe, U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394, and mailed this 1st day of May, 2001, to all persons on the attached "Mailing List".

_____
GUY SPIEGELMAN, ESQUIRE
Attorney for Defendant
(Fla. Bar #169689)
Suite 400
28 West Flagler Street
Miami, FL   33130
Phone:  (305) 373-6634

United States of America v. Richardo McHorne
Case No.: 00-6311-CR-HUCK

MAILING LIST

Michael J. Dittoe
United States Attorney
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, FL 33394
(954) 356-7392, 7254 Broward

Donald I. Bierman, Esq.
Bierman, Shohat, Loewy & Klein, P.A.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
Phone: (305) 358-7000

**Atty. for Defendant, Clarence Lark**

Paul D. Lazarus, Esq.
Paul D. Lazarus, P.A.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
Phone: (305) 539-0606

**Atty. for Defendant, Larry Crenshaw**

Larry R. Handfield, Esq.
4770 Biscayne Boulevard
Suite 1200
Miami, FL 33137
Phone: (305) 576-1011

**Atty. for Defendant, Hall**

Reemberto Diaz, Esq.
1435 South Miami Avenue
Miami, FL 33130
Phone: (305) 446-0001

**Atty. for Defendant, Hall**

Bruce Howard Lehr, Esq.
Lehr & Gasalla, P.A.
1401 Brickell Avenue, Suite **810**
Miami, FL 33131
Phone: (305) 377-1777

**Atty. for Defendant, Seymore**

Case No.: 00-6311-CR-HUCK

William J. Cone, Jr., Esquire
514 S.E. 7th Street
Ft. Lauderdale, Florida 33301
(954) 764-0570

**Atty for Defendant, Curtis Newton**

Steven H. Kassner, Esq.
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, Florida 33134
Phone: (305) 461-2744

**Atty. for Defendant, Keith Lampkin**