UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

**NIGHT BOX FILED**
MAY - 1 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO.: 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO MCHORNE,

    Defendants.
_____/

### NOTICE OF FILING DEFENDANT, RICARDO MCHORNE'S EXHIBIT LIST

COMES NOW, the Defendant, RICARDO McHORNE, by and through his undersigned attorney, and files the attached Exhibit List.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing was sent via FedEx to Michael J. Dittoe, U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394, and mailed this 1st day of May, 2001, to all persons on the attached "Mailing List".

                                          GUY SPIEGELMAN, ESQUIRE
                                          Atty for Defendant, McHorne
                                          (Fla. Bar #169689)
                                          Suite 400
                                          28 West Flagler Street
                                          Miami, FL   33130
                                          Phone:  (305) 373-6634

United States of America v. Richardo McHorne
Case No.: 00-6311-CR-HUCK

MAILING LIST

Michael J. Dittoe
United States Attorney
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, FL 33394
(954) 356-7392, 7254 Broward

Donald I. Bierman, Esq.
Bierman, Shohat, Loewy & Klein, P.A.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
Phone: (305) 358-7000

**Atty. for Defendant, Clarence Lark**

Paul D. Lazarus, Esq.
Paul D. Lazarus, P.A.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
Phone: (305) 539-0606

**Atty. for Defendant, Larry Crenshaw**

Larry R. Handfield, Esq.
4770 Biscayne Boulevard
Suite 1200
Miami, FL 33137
Phone: (305) 576-1011

**Atty. for Defendant, Hall**

Reemberto Diaz, Esq.
1435 South Miami Avenue
Miami, FL 33130
Phone: (305) 446-0001

**Atty. for Defendant, Hall**

Bruce Howard Lehr, Esq.
Lehr & Gasalla, P.A.
1401 Brickell Avenue, Suite **810**
Miami, FL 33131
Phone: (305) 377-1777

**Atty. for Defendant, Seymore**

Case No.: 00-6311-CR-HUCK

William J. Cone, Jr., Esquire
514 S.E. 7th Street
Ft. Lauderdale, Florida 33301
(954) 764-0570

**Atty for Defendant, Curtis Newton**

Steven H. Kassner, Esq.
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, Florida 33134
Phone: (305) 461-2744

**Atty. for Defendant, Keith Lampkin**

DEFENDANT, RICARDO McHORNE'S EXHIBIT LIST
UNITED STATES v. LARK, et al
00-6311-CR-HUCK

GUY SPIEGELMAN, ESQ.
ATTORNEY FOR DEFENDANT, McHORNE

Page 1 of 10

| EXHIBIT NO. | DATE ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 1 | | | The Keyes Company, Inc. computer printout dated 2/28/96; and Keyes Company Contract for Purchase and Sale executed on 3/13/96 by Richardo W. McHorne, Buyer, and Willie Jackson, Seller; and Real Property Disclosures | |
| 2 | | | Fidelity National Title Commitment No.: 9452-9634315, effective: 3/26/96, Schedule A, and Schedule BI and BII | |
| 3 | | | Closing Statement dated 4/17/96 between Ricardo McHorne, Buyer, and Willie Jackson, Seller (signed by Buyer and Seller) | |
| 4 | | | Buyer's Closing Statement dated 4/17/96 between Ricardo McHorne, Buyer, and Willie Jackson, Seller (signed by Buyer) | |

DEFENDANT, RICARDO McHORNE'S EXHIBIT LIST
UNITED STATES v. LARK, et al
00-6311-CR-HUCK

Page 2 of 10

GUY SPIEGELMAN, ESQ.
ATTORNEY FOR DEFENDANT, McHORNE

| EXHIBIT NO. | DATE ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 5 | | | Cashier's Check #553017528 dated 4/17/96 from Great Western Bank payable to Willie Jackson in the amount of $2,587.65; and cashier's Check #553017537 dated 4/17/96 from Great Western Bank payable to Keith Lavarity Trust Acct. in the amount of $4,097.00 | |
| 6 | | | Mortgage dated 4/17/96 between Richardo McHorne and Willie Jackson, recorded on 4/23/96 under Clerk's File #96R171806 in O.R. Book 17174, page 4825; and Warranty Deed dated 4/17/96 between Willie Jackson and Ricardo McHorne recorded on 4/23/96 under Clerk's File #96R171804 in O.R. Book 17174, page 823 | |
| 7 | | | Fidelity National Title Insurance Company, Owner's Policy No.: 9452-253392-9634315, effective: 4/23/96, and Schedule B | |

DEFENDANT, RICARDO McHORNE'S EXHIBIT LIST
UNITED STATES v. LARK, et al
00-6311-CR-HUCK

Page 3 of 10

GUY SPIEGELMAN, ESQ.
ATTORNEY FOR DEFENDANT, McHORNE

| EXHIBIT NO. | DATE ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 8 | | | Value Inquiry dated 10/24/96 re: Ricardo McHorne, Folio #30 2135 002 1160 | |
| 9 | | | Contract for Sale and Purchase dated 11/19/96 between Henry L. Ragin, Buyer, and Richardo McHorne, Seller | |
| 10 | | | Satisfaction of Judgment executed on 1/30/97 re: *Lumbermens Mutual v. Ozephelia Scott & Richardo McHorne*, Case #81-19386 | |
| 11 | | | Warranty Deed executed by Ricardo McHorne on 2/4/97, and recorded on 2/5/97 under Clerk's File #97R051290, in O.R. Book 17519, page 1374 | |
| 12 | | | Closing Statement executed on 2/4/97 by Henry Ragin and Ricardo McHorne | |

Page 3 of 10

DEFENDANT, RICARDO McHORNE'S EXHIBIT LIST
UNITED STATES v. LARK, et al
00-6311-CR-HUCK

GUY SPIEGELMAN, ESQ.
ATTORNEY FOR DEFENDANT, McHORNE

Page 4 of 10

| EXHIBIT NO. | DATE ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 13 | | | Satisfaction of Mortgage executed on 2/4/97 by Willie Jackson, recorded on 2/10/97 under Clerk's File #97R058323 in O.R. Book 17523, page 1945 | |
| 14 | | | No Lien Affidavit, Non-Foreign Certification by Transferor, Bill of Sale, and Gap Affidavit executed by Ricardo McHorne on 2/4/97 | |
| 15 | | | Check #00965085 from First Union in the amount of $9,749.38 payable to Guy Spiegelman Trust Account | |
| 16 | | | Check #00965086 from First Union in the amount of $53,000.00 payable to Willie Jackson | |

DEFENDANT, RICARDO McHORNE'S EXHIBIT LIST
UNITED STATES v. LARK, et al
00-6311-CR-HUCK

Page 5 of 10

GUY SPIEGELMAN, ESQ.
ATTORNEY FOR DEFENDANT, McHORNE

| EXHIBIT NO. | DATE ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 17 | | | Satisfaction of Judgment executed on 1/30/97 re: *Lumbermens Mutual Casualty etc. v. Ozephelia Scott and Richard H. McHorne*, Case #81-19386 recorded on 2/10/97 under Clerk's File #97R058322 in O.R. Book 17523; page 1944; and Satisfaction of Judgment executed on 2/6/97 re: *General Motors Acceptance v. Richard McHorne*, Case #86-14849 CC 05 recorded on 2/10/97 under Clerk's File #97R058321 in O.R. Book 17523; page 1943 | |
| 18 | | | Check #2419 dated 2/7/97 from Guy Spiegelman in the amount of $6,227.00 payable to J.M. Finkel Trust Account, and check #2420 dated 2/7/97 from Guy Spiegelman in the amount of $3,522.38 payable to General Motors Acceptance Corporation | |

DEFENDANT, RICARDO McHORNE'S EXHIBIT LIST
UNITED STATES v. LARK, et al
00-6311-CR-HUCK

Page 6 of 10

GUY SPIEGELMAN, ESQ.
ATTORNEY FOR DEFENDANT, McHORNE

| EXHIBIT NO. | DATE ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 19 | | | Corrected Warranty Deed dated 4/1/97 between Ricardo McHorne and Henry Ragin | |
| 20 | | | Judgment recorded in O.R. 14526, page 2844; and Sentence recorded in O.R. Boox 14526, page 2846 re: *State v. Willie Jackson, Jr.*, Case #88-41495 | |
| 21 | | | Sentence recorded in O.R. Book 15368, page 2949 re: *State v. Willie Jackson, Jr.*, Case #89-446 | |
| 22 | | | The Keyes Company Transaction Broker Notice; Keyes Contract for Purchase and Sale, and Real Property Disclosure signed by Shirley McHorne on 3/5/96, and Addedum; and Keyes printout dated 2/28/96 | |
| 23 | | | Fidelity National Title Commitment No.: 9452-9634317, effective 3/26/96, Schedule A, and Schedule BI and BII | |

DEFENDANT, RICARDO McHORNE'S EXHIBIT LIST
UNITED STATES v. LARK, et al
00-6311-CR-HUCK

Page 7 of 10

GUY SPIEGELMAN, ESQ.
ATTORNEY FOR DEFENDANT, McHORNE

| EXHIBIT NO. | DATE ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 24 | | | Mortgage dated 4/17/96 between Willie Jackson and Shirley Ann McHorne recorded on 4/23/96 under Clerk's File #96R171808 in O.R. Book 17174, page 4829 | |
| 25 | | | Warranty Deed dated 4/17/96 between Willie Jackson and Shirley Ann McHorne recorded on 4/23/96 under Clerk's File #96R171807 in O.R. Book 17174, page 4828 | |
| 26 | | | General Affidavit dated 4/17/96 signed by Willie Jackson, and recorded on 4/23/96 under Clerk's File #96R171805 in O.R. Book 17174, page 4824 | |
| 27 | | | Buyer's Closing Statement dated 4/17/96 between Shirley Ann McHorne and Willie Jackson (signed by Shirley Ann McHorne) | |

DEFENDANT, RICARDO McHORNE'S EXHIBIT LIST
UNITED STATES v. LARK, et al
00-6311-CR-HUCK

Page 8 of 10

GUY SPIEGELMAN, ESQ.
ATTORNEY FOR DEFENDANT, McHORNE

| EXHIBIT NO. | DATE ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 28 | | | Receipt #001787 dated 4/18/96 from Keith C. Levarity re: $12,538.12 from Shirley Ann McHorne; and Official Check #860134108 dated 4/18/96 from Barnett Bank in the amount of $12,538.12 payable to Keith C. Levarity Trust Account | |
| 29 | | | Residential Eviction Summons, and Complaint for Eviction and for Damages re: *Willie E. Jackson v. Toni Barnes*, Case No. 96-1286 CC 20 | |
| 30 | | | Satisfaction of Mortgage between Shirley Ann McHorne and Willie Jackson (signed by Willie Jackson on 5/10/96) recorded on 2/10/97 under Clerk's File #97R058324 in O.R. Book 17523, page 1946 | |
| 31 | | | Title City of Dade Ownership and Encumbrances Search Report effective 10/25/96 | |

DEFENDANT, RICARDO McHORNE'S EXHIBIT LIST
UNITED STATES v. LARK, et al
00-6311-CR-HUCK

Page 9 of 10

GUY SPIEGELMAN, ESQ.
ATTORNEY FOR DEFENDANT, McHORNE

| EXHIBIT NO. | DATE ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 32 | | | 1996 Combined Tax Notice | |
| 33 | | | Gulf Stream Title Company receipt dated March 1997, and Fidelity National Title Insurance Company Owner's Policy of Title Insurance Policy #9452-2533392-9634317 | |
| 34 | | | General Affidavit signed by Leroy Munlin, Jr. on 2/20/97 | |
| 35 | | | Closing Statement dated 5/9/97 between Yolanda Johnson and Shirley Ann McHorne; Non-Foreign Certification by Transferor; Bill of Sale; Gap Affidavit; and No Lien Affidavit signed 5/12/01; and check #65506l027 dated 5/12/01 from Eastern Financial in the amount of $39,000.00 payable to Ricardo & Shirley Ann McHorn | |

DEFENDANT, RICARDO McHORNE'S EXHIBIT LIST
UNITED STATES v. LARK, et al
00-6311-CR-HUCK

Page 10 of 10

GUY SPIEGELMAN, ESQ.
ATTORNEY FOR DEFENDANT, McHORNE

| EXHIBIT NO. | DATE ADMITTED | I.D. | DESCRIPTION OF EXHIBIT | WITNESS |
|---|---|---|---|---|
| 36 | | | Supreme Court of Florida's order dated 12/17/98 re: *The Florida Bar v. Keith Corneilus Levarity*, Case No. 94,073; Respondent's Petition for Disciplinary Resignation dated 10/5/98; The Florida Bar's Response to Petition for Disciplinary Resignation | |