UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

     Plaintiff,

VS.

RICARDO MCHORNE.

     Defendant

_____/

NIGHT BOX
FILED

MAY 0 4 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## INFORMATION ABOUT PAST DRUG CONVICTION AND NOTICE OF ENHANCEMENT

Comes now the Unites States, in accordance with Title 21 United States Code Section 851, and hereby files its Information Concerning Prior Convictions of the Defendant Ricardo McHorne.

The Defendant Ricardo McHorne was convicted of conspiracy to possess narcotics with the intent to distribute, in violation of Title 21, United States Code, Section 846, in the United States District Court for the Southern District of Florida in case Number 87-6229-CR-Gonzalez(s)(s). This conviction was the result of a guilty plea entered before the Hon. Jose A. Gonzalez, JR., on March 14, 1989.

The undersigned further certifies that a copy of this Information was served both upon counsel for the defendant and the defendant in open court, prior to the commencement of trial, on May 7th 2001.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY


BY: _____
MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

BY: _____
TERRENCE THOMPSON
Assistant United States Attorney
Court ID # A5500063
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered in open court this 7th day of May, 2001 to the below listed counsel and was personally handed to the defendant McHorne in the presence of his counsel and prior to the commencement of trial.

Donald I. Bierman, Esq
Bierman, Shohat, Loewy & Klein, P.A.
800 Brickell Avenue, PH-2
Miami, FL 33131

(305) 358-7000
Attorney for Lark

Guy Speigelman, Esq.
28 W. Flagler St., Ste. 400
Miami, FL 33131

(305) 373-6634
Attorney for McHorne

William J. Cone, Jr., Esq.
514 S.E. Seventh St.
Ft. Lauderdale, FL 33301

(954) 764-0570
Attorney for Newton

Paul D. Lazarus, Esq.
800 Brickell Ave., PH-2
Miami, FL 33131

(305) 539-0606
Attorney for Crenshaw

Bruce H. Lehr, Esq.
1401 Brickell Ave., Ste. 810
Miami, FL  33131

(305) 377-1777
Attorney for Seymore


MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY


TERRENCE THOMPSON
ASSISTANT UNITED STATES ATTORNEY

3