DAY #1

FILED by ___V___ D.C.
MAY 0 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

## COURTROOM MINUTES

HONORABLE PAUL C. HUCK , Presiding    Date 05 / 07/ 01

Cont'd from ___/___/___

Defendant 1. CLARENCE LARK         5. RICARDO MCHORNE

2. LARRY CRENSHAW         6. _____

3. CURTIS NEWTON          7. _____

4. LAWRENCE SEYMORE       8. _____

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:    JURY XXX    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS XX  JURY SELECTION CONTD.__  JURY IMPANELED XX

JURY TRIAL BEGINS XX  JURY TRIAL HELD___ CONTINUED TO 05/08/01

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____