

DAY #5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

<u>COURTROOM MINUTES</u>

HONORABLE <u>PAUL C. HUCK</u>, Presiding   Date <u>5/11/01</u>

Cont'd from <u>5/10/01</u>

Defendant 1. <u>CLARENCE LARK</u>         5. <u>RICARDO MCHORNE</u>

2. <u>LARRY CRENSHAW</u>         6. _____

3. <u>CURTIS NEWTON</u>          7. _____

4. <u>LAWRENCE SEYMORE</u>       8. _____

Defense Counsel <u>Donald Bierman, (&)</u>   AUSA <u>Michael Dittoe (&)</u>

<u>Paul Lazarus, Bruce Lehr, Guy Spiegleman,</u>   <u>Terry Thompson</u>

<u>William Cone</u>

Deputy Clerk <u>VALERIE THOMPKINS</u>   Reporter <u>LARRY HERR</u>

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY <u>XXX</u>   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD <u>XX</u> CONTINUED TO <u>5/14/01</u>

MISTRIAL DECLARED ____ NEW TRIAL ORDERED ____ TRIAL ENDS ____

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

275