

FILED by XC D.C.
MAY 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Duty #15

CASE # 00-6311-CR

<u>COURTROOM MINUTES</u>

HONORABLE <u>PAUL C. HUCK</u>, Presiding    Date 05/25/01

Cont'd from 05/24/01

Defendant 1. <u>CLARENCE LARK</u>          5. <u>RICARDO MCHORNE</u>

2. <u>LARRY CRENSHAW</u>          6. _____

3. <u>CURTIS NEWTON</u>           7. _____

4. <u>LAWRENCE SEYMORE</u>         8. _____

Defense Counsel <u>Donald Bierman, (&)</u>    AUSA <u>Michael Dittoe (&)</u>

<u>Paul Lazarus, Bruce Lehr, Guy Spiegleman,</u>    <u>Terry Thompson</u>

<u>William Cone</u>

Deputy Clerk <u>Deborah Christian</u>    Reporter <u>LARRY HERR</u>

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY <u>XXX</u>   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD <u>XX</u> CONTINUED TO 05/29/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

```
JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY  Cts #_____

JURY VERDICT SET ASIDE ___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR ___/___/___ AT _____        NOTICE SERVED __
```

JURORS

```
1._____   5._____   9._____

2._____   6._____   10._____

3._____   7._____   11._____

4._____   8._____   12._____

Alternate #1._____    Alternate #2._____

Alternate #3._____    Alternate #4._____
```

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

_____
_____
_____
_____
_____
_____
_____
_____