DHy
#16

FILED by JHC D.C.
MAY 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding   Date 05/29/01

Cont'd from 05/25/01

Defendant 1. CLARENCE LARK        5. RICARDO MCHORNE
           2. LARRY CRENSHAW      6. _____
           3. CURTIS NEWTON       7. _____
           4. LAWRENCE SEYMORE    8. _____

Defense Counsel Donald Bierman, (&)   AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk DEBORAH Christian   Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

                           by_____

           Oral Order   Grant__   Deny__   Adv.__

                   TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 05/30/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

           __ COURT MOT   __ GOVT. MOT   __ DEFT. MOT    297

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY  Cts #_____

JURY VERDICT SET ASIDE ___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR ___/___/___ AT _____   NOTICE SERVED __

JURORS

1._____   5._____   9._____

2._____   6._____   10._____

3._____   7._____   11._____

4._____   8._____   12._____

Alternate #1._____   Alternate #2._____

Alternate #3._____   Alternate #4._____

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

Jury Deliberation will began 5-30-01