```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                      MIAMI DIVISION
              CASE NO.  00-6311-CR-HUCK
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICARDO MCHORNE,

        Defendant.

_____/

### JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial, and the jury having found the defendant not quilty as to counts 3 and 36 Judgment of Acquittal is entered herein as to the Defendant, RICARDO MCHORNE, on Counts 3 and 36 of the Indictment.

ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return and exonerated of bond, if any, as to the count(s) hereinabove specified.

DONE AND ORDERED at Miami, Florida, this 31st day of May 2001

                                              PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF FLORIDA

cc:  all counsel of record
     U. S. Marshal Service
     U. S. Probation Office
     U. S. Pretrial Services

*[FILED by V T D.C. MAY 3 1 2001 CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. - MIAMI]*